■ In the Matter of KURT W. WATSON, Respondent, for the Dissolution of WATSON LANDSCAPING, INC., Appellant. WATSON LANDSCAPING, INC., Plaintiff, v KURT W. WATSON, Defendant. [872 NYS2d 318]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered July 2, 2007. The order, among other things, held respondent in contempt.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.